Tamsen Leachman (Idaho Bar No. 5697)
Email: tleachman@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Fax: 503.242.2457

ATTORNEYS FOR DEFENDANT
OLDCASTLE PRECAST, INC.,

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GAYLEN DOWNS, an individual,**<br><br>    Plaintiff,<br><br>    v.<br><br>**OLDCASTLE PRECAST, INC., a Washington corporation,**<br><br>    Defendant. | Case No.<br><br>NOTICE OF REMOVAL |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Oldcastle Precast, Inc. (hereinafter "Defendant"), by filing this Notice of Removal and related papers, removes this action from the District Court of the State of Idaho, in and for the County of Canyon ("Canyon County District Court") to the United States District Court for the District of Idaho. Defendant removes this case based on diversity jurisdiction as follows:

### NOTICE OF REMOVAL IS TIMELY

1. On July 18, 2017, Plaintiff Gaylen Downs ("Plaintiff") filed a civil action against Defendant in Canyon County District Court entitled *Gaylen Downs v. Oldcastle Precast, Inc*, Case No. CV17-7853-C. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all records

filed in the state court proceeding and served on Defendant, consisting of a Complaint, Summons and Affidavit of Service, are attached hereto as **Exhibits 1, 2** and **3** respectively.

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) as it has been filed within 30 days of receipt of the Summons and Complaint by the first-served Defendant on August 4, 2017.

3. Other than the above-referenced proceedings, no further proceedings have been had in the Canyon County District Court as of the date of filing this removal.

### COMPLETE DIVERSITY JURISDICTION EXISTS

4. This action may be removed pursuant to 28 U.S.C. §§ 1332 and 1441 because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See*, Declaration of Tamsen Leachman in Support of Notice of Removal ("Leachman Dec."), ¶¶ 2, 4-7.

5. Plaintiff alleges in his Complaint that he is seeking damages arising out of each of his four theories of liability related to events during his employment and following his separation from employment with Defendant, including: (1) termination of employment in violation of Idaho Public Policy; (2) retaliation in violation of Idaho Public Policy; (3) negligent infliction of emotional distress; and (4) intentional infliction of emotional distress.

6. In his Complaint, Plaintiff alleges an unspecified amount of damages – "in excess of $10,000" but does not identify the amount he is seeking. In the case of economic damages, Plaintiff is seeking, at a minimum, back pay from March 2, 2016 through the date of trial, which is anticipated to be alleged, at trial, in an amount in excess of $100,000 at trial. *See,* Leachman Dec., ¶¶ 3-7.

7. Plaintiff's wage at the time of separation was $21.00 per hour, or approximately $3,640.00 per month and $43,680.00 per year. To date, approximately 18 months have passed

since Plaintiff's separation.  It is anticipate that Plaintiff would calculate his alleged economic damages to date (lost wages only) at $65,520.00.  By the time of trial, approximately 30 months will have passed since Plaintiff's separation from Oldcastle.  It is anticipated that the alleged economic damages (lost wages only) sought by Plaintiff will exceed $100,000.00, well over the amount in controversy threshold of $75,000.00.  *See,* Leachman Dec., ¶¶ 3-7.

8.   In addition, Plaintiff seeks non-economic damages in excess of $10,000 for each tort claim, as well as attorney fees and treble damages.  In short, Plaintiff seeks back pay, front pay, penalty wages, and emotional distress damages that are well in excess of $75,000.  *See* **Exhibit 1**, ¶¶ 29, 34, and Prayer for Relief ¶¶ 1, 3; Leachman Dec., ¶¶ 3-7.

9.   Plaintiff further alleges that he is a resident and citizen of the State of Idaho, Canyon County.  *See* **Exhibit 1**, ¶1.

10.   Defendant Oldcastle Precast, Inc. is a Washington corporation with its principal place of business in Auburn, Washington.  *See,* Leachman Dec., ¶ 2.

11.   Therefore, at the time of commencement of the action and at removal, Plaintiff and all Defendants were citizens of different states and complete diversity exists.

## REMOVAL TO THIS DISTRICT IS PROPER

12.   Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of the above-captioned state court action to this Court is appropriate.

13.   Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the District embracing the place where the state court action is pending.

14.   Defendant has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by this removal.

15.   Pursuant to 28 U.S.C. § 1446(d), Defendant is providing to Plaintiff, through his counsel, written notice of the filing of this Notice of Removal.  Furthermore, Defendant is filing

a copy of this Notice of Removal with the Clerk of the Canyon County District Court, where the action was pending.

WHEREFORE, Defendant hereby removes this civil action from the Canyon County District Court to this United States District Court.

Dated:        August 29, 2017                    Respectfully Submitted,

*/s/ Tamsen Leachman*
Tamsen Leachman5697
121 SW Morrison, Suite 900
Portland, OR  97204
Telephone:        503.221.0309
Facsimile:        503.914.1453

Attorneys for Defendant
OLDCASTLE PRECAST, INC., a Washington corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2017, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system and serving the below counsel electronically through that system as well as serving a copy of the foregoing by the U.S. Postal Service to the addresses below:

      Eric S. Rossman
      erossman@rossmanlaw.com
      Erica S. Phillips
      ephillips@rossmanlaw.com
      Rossman Law Group, PLLC
      737 N. 7th Street
      Boise, ID 83702

      Matthew G. Gunn
      Marnum Howell & Gunn, PLLC
      380 S. 4th Street
      P.O. Box 2616
      Boise, ID  83701-2616
      Email: mgunn@bhglaw.net

      *Attorneys for Plaintiff*

      */s/ Laura M. Lucero*
      Laura M. *Lucero*

Firmwide:149524151.2 081127.1018