UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GAYLEN DOWNS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE PRECAST, INC., a Washington corporation,<br><br>Defendant. | Case No. 1:17-CV-00352-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation of to Dismiss (Dkt. 25), and good cause appearing therefor, it is hereby ordered, adjudged, and decreed that the stipulation is approved, and that this case is dismissed with prejudice and with each party to bear its own attorney fees and costs.

It is further ordered that the Clerk close this case.

DATED: January 04, 2019

Candy W. Dale
U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**